UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HORIA CRETAN, | : | CIVIL NO. 3:24-cv-00097 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Schwab) |
| NEWPORT TOWNSHIP, *et al.*, | : | |
| Defendants. | : | |

### ORDER
February 4, 2025

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the partial motion (*doc. 22*) to dismiss filed by the defendant Pennsylvania American Water Company is **GRANTED IN PART** and **DENIED IN PART**. Counts I and II against Pennsylvania American Water Company are **DISMISSED without prejudice**. The court will exercise supplemental jurisdiction over Count IV. **IT IS FURTHER ORDERED** that Cretan may file an amended complaint on or before **March 4, 2025**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge